IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| RING INDUSTRIAL GROUP, LP, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | 5:07 CV 103 |
| ) | |
| E Z SET TANK COMPANY, INC. ) | |
| d/b/a E-Z SET COMPANY; ) | |
| INTERNATIONAL CUSHIONING CORP.; ) | |
| INTERNATIONAL CUSHIONING ) | |
| COMPANY, LLC, INC.; and ICC ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* (#16) of Francis C. Hand of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C., 5 Becker Farm Road, Roseland, NJ 07068-1739, (973)994-1700, to appear as counsel for the defendants in this matter filed on October 8, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Francis C. Hand is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: October 11, 2007

_____
Dennis L. Howell
United States Magistrate Judge