IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **RING INDUSTRIAL GROUP, LP,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v | ) | |
| | ) | |
| **E Z SET TANK COMPANY, INC.,** | ) | **CIVIL NO. 5:07 CV 103** |
| d/b/a **E-Z SET COMPANY;** | ) | |
| **INTERNATIONAL CUSHIONING** | ) | |
| **CORP.; INTERNATIONAL** | ) | |
| **CUSHIONING COMPANY LLC; and** | ) | |
| **ICC TECHNOLOGIES INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* (#26) of D. Clay Holloway of the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Atlanta, GA 30309 (404)815-6537, as counsel for the plaintiff in this matter filed on November 14, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that D. Clay Holloway is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: November 19, 2007

_____
Dennis L. Howell
United States Magistrate Judge