# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv103

| | |
|---|---|
| RING INDUSTRIAL GROUP, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| E Z SET TANK COMPANY, INC., d/b/a ) | |
| E-Z SET COMPANY; ) | |
| INTERNATIONAL CUSHIONING ) | |
| CORP.; INTERNATIONAL ) | |
| CUSHIONING COMPANY LLC; and ) | |
| ICC TECHNOLOGIES INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Notice of Parties' Waiver of Hearing (#98). Based on such waiver, the Rule 37(a)(5)(A) hearing is cancelled and the court will issue its decision on the pleadings forthwith.

# ORDER

**IT IS, THEREFORE, ORDERED** that the hearing on plaintiff's Application for Fees Related to Motions to Compel (#89) calendared for hearing at 2 p.m. on Friday, July 18, 2008, in Asheville is **CANCELLED.**

Signed: July 15, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge